1    HAYNES AND BOONE, LLP
     Kenneth G.  Parker (Bar No. 182911)
2    600 Anton Blvd., Suite 700
     Costa Mesa, California 92626
3    Telephone:   (949) 202-3014
     Facsimile:   (949) 202-3114
4    E-mail:       kenneth.parker@haynesboone.com

5    Attorneys for Defendant
     Hill Country Bakery, LLC

6

7

8                    **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10

11   CRAIN WALNUT SHELLING,            ) Case No.  2:15−CV−00034−GEB−CMK
     INC., a California corporation,   )
12                                     ) ASSIGNED TO:
                                       )
13            Plaintiff,               )
                                       ) The Honorable Garland E. Burrell, Jr.
14        vs.                          )
                                       )
15   HILL COUNTRY BAKERY, LLC,         ) **JOINT MOTION AND**
     a Texas limited liability company;) **STIPULATION TO EXTEND**
16   AUSTIN FREIGHT SYSTEMS,           ) **DEFENDANTS' TIME TO**
     INC., a Texas corporation; and    ) **RESPOND TO INITIAL**
17   DOES 1 through 30, inclusive,     ) **COMPLAINT BY 30 DAYS**
                                       )
18                                     )
19            Defendants.              ) *Complaint Filed:   October 17, 2014*
                                       )
20                                     ) *Notice of Removal Filed: January 6,*
                                       ) *2015*
21                                     )
                                       )
22                                     ) *Hill Country Bakery, LLC's and Austin*
                                       ) *Freight Systems, Inc.'s Current*
23                                     ) *Response Date: February 10, 2015*
                                       )
24                                     )
                                       ) *Defendants' New Response Date: March*
25                                     ) *12, 2015*
                                       )
26   _____ )

27

28

1    WHEREAS, Plaintiff CRAIN WALNUT SHELLING, INC.

2  ("Plaintiff") filed a Complaint in the within action on October 17, 2014;

3    WHEREAS, HILL COUNTRY BAKERY, LLC and AUSTIN

4  FREIGHT SYSTEMS, INC. (collectively "Defendants") filed Notice of Removal

5  on January 6, 2015, making their response to Plaintiff's initial Complaint due on or

6  before January 13, 2015;

7    WHEREAS, the parties agreed that Defendants shall have an

8  additional 28 days, through and including February 10, 2015, to respond to

9  Plaintiff's initial Complaint; and

10    WHEREAS, the parties have agreed that both Defendants may have

11  additional time to respond to the initial Complaint to enable the parties to further

12  discuss the merits of their respective claims and defenses and the potential to

13  resolve this action without the need for further litigation;

14    IT IS HEREBY STIPULATED AND AGREED between the parties,

15  by and through their counsel of record, and the parties hereby move this Court, as

16  necessary, for an order providing, that Defendants shall have an additional 30 days,

17  through and including March 12, 2015, to respond to Plaintiff's initial Complaint.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

DATED:  February 6, 2015        HAYNES AND BOONE, LLP
                                Kenneth G. Parker

                                By:   /s/  Kenneth G. Parker
                                     Kenneth G. Parker
                                     Attorneys for Defendant
                                     Hill Country Bakery, LLC


                                MAIRE BURGEES & DEEDON
                                Patrick L. Deedon

                                By:   /s/  Patrick L. Deedon
                                     Patrick L. Deedon
                                     Attorneys for Defendant
                                     Austin Freight Systems, Inc.
                                     (as authorized on February 6, 2015)


                                CARR, KENNEDY, PETERSON & FROST
                                Robert M. Harding

                                By:   /s/  Robert M. Harding
                                     Robert M. Harding
                                     Attorneys for Plaintiff
                                     Crain Walnut Shelling, Inc.
                                     (as authorized on February 6, 2015)

///
///
///
///
///
///
///
///
///
///

3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

1    **PROPOSED ORDER**

2          The Court having reviewed the foregoing Stipulation, and good cause

3    appearing therefor:

4          **IT IS HEREBY ORDERED** that both Defendants shall have an additional

5    30 days, through and including March 12, 2015, to respond to Plaintiff's initial

6    Complaint.

7

8    Dated:  February 6, 2015

9

10   _____

11   GARLAND E. BURRELL, JR.
     Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred.  My business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

On *February 6, 2015,* I served the following document described as: ***JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS*** on the interested party in this action, addressed as follows:

Robert M. Harding
CARR, KENNEDY, PETERSON & FROST
A Law Corporation
420 Redcliff Drive
Redding, CA 96002
Telephone:  (530) 222-2100
Facsimile:  (530) 222-0504
E-Mail:  rharding@ckpf.com

in the manner identified below:

**[X]     BY OVERNIGHT DELIVERY.** I served true and correct copies of the foregoing document, enclosed in a sealed Federal Express envelope, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee, as indicated above.  This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

**[X]     BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

///

///

1

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made.

Executed on *February 6, 2015,* at Costa Mesa, California.


                                    /s/  Mary Ann Mendoza
                                    Mary Ann Mendoza

**CERTIFICATE OF SERVICE**