HAYNES AND BOONE, LLP
Kenneth G. Parker (Bar No. 182911)
    kenneth.parker@haynesboone.com
Christopher B. Maciel (Bar No. 300733)
    christopher.maciel@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, California 92626
Telephone:   (949) 202-3014
Facsimile:    (949) 202-3114

Attorneys for Defendant
Hill Country Bakery, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CRAIN WALNUT SHELLING, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HILL COUNTRY BAKERY, LLC, a Texas limited liability company; AUSTIN FREIGHT SYSTEMS, INC., a Texas corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. 2:15−CV−00034−GEB−CMK <br><br> ASSIGNED TO: <br><br> The Honorable Garland E. Burrell, Jr. <br><br> **JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> *Defendants' Current Response Date: March 12, 2015* |

1

**CERTIFICATE OF SERVICE**

WHEREAS, Plaintiff CRAIN WALNUT SHELLING, INC. ("Plaintiff") filed a Complaint in the within action on October 17, 2014;

WHEREAS, HILL COUNTRY BAKERY, LLC and AUSTIN FREIGHT SYSTEMS, INC. (collectively "Defendants") filed Notice of Removal on January 6, 2015, making their response to Plaintiff's initial Complaint due on or before January 13, 2015;

WHEREAS, the parties agreed that Defendants shall have through and including March 12, 2015, to respond to Plaintiff's initial Complaint;

WHEREAS, on February 4, 2015, Plaintiff's insurer filed a subrogation action against Defendants, which Defendants removed on March 4, 2015 and which is pending Judge Morrison C. England, Jr. of this Court as *Nationwide Agribusiness Insurance Company v. Hill Country Bakery et al.*, Case No. 2:15-CV-00488-MCE-CMK (the "Subrogation Action");

WHEREAS, one or more of the parties will file a Notice of Related Case regarding the Subrogation Action;

WHEREAS, the parties desire to pursue settlement discussion of this action and the Subrogation Action and also to set response dates that are the same dates; and

WHEREAS, the parties have agreed that both Defendants may have additional time to respond to the initial Complaint to enable the parties to further discuss the merits of their respective claims and defenses and the potential to resolve this action without the need for further litigation;

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, and the parties hereby move this Court, as necessary, for an order providing, that Defendants shall have through and including April 3, 2015, to respond to Plaintiff's initial Complaint.

///

///

| | |
|---|---|
| DATED:  March 10, 2015 | HAYNES AND BOONE, LLP<br>Kenneth G. Parker<br><br>By:   /s/  Kenneth G. Parker<br>     Kenneth G. Parker<br>     Attorneys for Defendant<br>     Hill Country Bakery, LLC<br><br>MAIRE BURGEES & DEEDON<br>Patrick L. Deedon<br><br>By:   /s/  Patrick L. Deedon<br>     Patrick L. Deedon<br>     Attorneys for Defendant<br>     Austin Freight Systems, Inc.<br>     (as authorized on March 10, 2015)<br><br>CARR, KENNEDY, PETERSON & FROST<br>Robert M. Harding<br><br>By:   /s/  Robert M. Harding<br>     Robert M. Harding<br>     Attorneys for Plaintiff<br>     Crain Walnut Shelling, Inc.<br>     (as authorized on March 10, 2015) |

3

**CERTIFICATE OF SERVICE**

## **PROPOSED ORDER**

The Court having reviewed the foregoing Stipulation, orders that both Defendants shall have through and including April 3, 2015, to respond to Plaintiff's initial Complaint.

Dated:  March 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**CERTIFICATE OF SERVICE**