UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIN WALNUT SHELLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILL COUNTRY BAKERY, LLC, a Texas limited liability company; AUSTIN FREIGHT SYSTEMS, INC., a Texas corporation; and DOES 1 through 30, inclusive, <br><br> Defendants. | No.  2:15-cv-00034-GEB-CMK <br><br> **ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on April 2, 2015, in which it states:

> the parties have negotiated a settlement of the above-captioned matter. A written settlement agreement is being circulated for approval and execution by the parties. Upon receipt of the settlement proceeds by plaintiff, a Stipulation of Dismissal With Prejudice will be filed.

(Notice of Settlement, ECF No. 12.)

Therefore, a dispositional document shall be filed no later than April 23, 2015. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this

1

deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on April 20, 2015, is continued to commence at 9:00 a.m. on May 18, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2